In the Matter of the Transfer Tax upon the Estate of HERMAN SCHWARZ, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; SAMPSON H. SCHWARZ et al., as Executors, Respondents.

*Matter of Schwarz* (*Estate*), 156 App. Div. 931, affirmed.
(Argued June 5, 1913; decided June 20, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 2, 1913, which affirmed an order of the New York County Surrogate's Court assessing a transfer tax upon the estate of Herman Schwarz, deceased.

*Ellwood M. Rabenold* and *Thomas E. Rush* for appellant.

*Henry F. Miller* and *Robert M. Miller* for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE, HOGAN and MILLER, JJ.